AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.   **CRIMINAL COMPLAINT**

**WILLIAM HARRIS**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  **October 11, 2007 and October 17, 2007**  in  **WASHINGTON**  county, in the _____ District of  **COLUMBIA**  defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title  **21**  United States Code, Section(s)  **841(a)(1)**  .

I further state that I am  **SPECIAL AGENT LEONARD CODISPOT**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT LEONARD CODISPOT**
**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS, AND EXPLOSIVES**

Sworn to before me and subscribed in my presence,

_____  at  **Washington, D.C.**
Date                                                                  City and State

_____       _____
Name & Title of Judicial Officer                             Signature of Judicial Officer

## STATEMENT OF FACTS

On October 11, 2007, members of the Bureau of Alcohol Tobacco Firearms and Explosives and the Metropolitan Police Department conducted a narcotics operation in Washington, D.C. A confidential informant ("CS-1") placed a monitored and recorded phone call to **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, to facilitate the trade of bait property and United States currency in exchange for crack cocaine. During the phone call, **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, structed CS-1 to meet him in the vicinity of 13th and W Street Northwest, Washington, D.C. Prior to meeting CS-1 was searched and found to be free of any illegal contraband or monies. CS-1 and an ATF undercover agent then waited for **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, at the intersection of 13th and W Street Northwest, Washington, D.C.

While waiting, CS-1 observed **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, enter the block and appear to engage in the sale of illegal narcotics to an individual in the block. **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, then approached CS-1 and advised CS-1 that he did not have all of the crack cocaine needed to complete the transaction. **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, explained to CS-1 that his brother, JOHN HALEY, would be interested in the bait property and would contact CS-1 to arrange a deal.

Subsequently, **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, advised CS-1 that **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, had negotiated a deal with his brother, JOHN HALEY, to sell one ounce of crack cocaine for the bait property. As a result, the undercover agent and CS-1 drove to the intersection of 9th and V Street Northwest, Washington, D.C. and met with **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, who entered the undercover vehicle and directed the undercover agent to JOHN HALEY'S residence located at xxxx xxxxxxx xxxxxx xxxxxxxxx, xxxxxxxxx xxxx, Washington, D.C.

Upon arrival, **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, and CS-1 carried the bait property into apartment 104 while the undercover agent waited in the vehicle. Once inside, CS-1 traded, with JOHN HALEY, the bait property and $400.00 in pre-recorded ATF funds for approximately 29 grams of crack cocaine. CS-1 then engaged both JOHN HALEY and RONALD HALEY in conversation regarding future transactions. A portion of the suspected crack cocaine tested positive for the presence of cocaine.

On October 17, 2007, the undercover agent and CS-1 again met with **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, at the intersection of 9th and V Street Northwest, Washington, D.C. in order to complete the deal contemplated with JOHN HALEY during the first transaction. The undercover agent drove to the rear of JOHN HALEY'S apartment building, **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, and CS-1 exited the vehicle, and carried the bait property JOHN HALEY had requested into xxxxxxxxx xxx, JOHN HALEY'S residence.

The undercover agent subsequently entered JOHN HALEY'S residence to connect the television. While inside, JOHN HALEY entered his bedroom and returned with a large freezer bag that contained large chucks of a white rock-like substance believed to be crack cocaine. JOHN HALEY removed approximately 88 grams of the suspected crack cocaine from the freezer bag and gave it to CS-1 as payment for the bait property. CS-1 then gave JOHN HALEY an additional $2,000 in ATF pre-recorded funds.  JOHN HALEY gave **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, approximately 3.5 grams of suspected crack cocaine for brokering the transaction.

Upon completion of the transaction, the undercover agent, CS-1 and RONALD HALEY returned to the vehicle and drove to RONALD HALEY'S drop-off point. While enroute, the undercover agent purchased the approximately 3.5 grams of suspected crack cocaine from **WILLIAM HARRIS, also known as Billy also known as Ronald Haley**, with $128.00 dollars in pre-recorded ATF funds. A portion of the 88 grams of suspected crack cocaine was field tested and yielded a positive reaction for the presence of cocaine. A portion of the 3.5 grams of suspected crack cocaine was field tested and yielded a positive reaction for the presence of cocaine.

_____
LEONARD CODISPOT
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
    FIREARMS AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME ON THIS 16TH DAY OF JUNE, 2008.

_____
U.S. MAGISTRATE JUDGE